KENDALL E. WATERS, CA Bar No. 329963
 kwaters@foley.com
MARY M. DRISCOLL, CA Bar No. 351350
 mdriscoll@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendants
WORLDMARK, THE CLUB,
WYNDHAM RESORT
DEVELOPMENT CORPORATION,
and TRAVEL + LEISURE CO.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE G. TILLIS, On Behalf Of Herself And All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WORLDMARK, THE CLUB, A California Nonprofit Mutual Benefit Corporation; WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; TRAVEL + LEISURE Co., a Florida Corporation; and DOES 1-100 inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:25-cv-01247MWF(JDEx)<br><br>**DEFENDANTS WORLDMARK, THE CLUB, WYNDHAM RESORT DEVELOPMENT CORPORATION, AND TRAVEL + LEISURE CO.'S NOTICE OF SETTLEMENT**<br><br>Case Filed: October 17, 2024<br>FAC Filed: January 14, 2025<br>Case Removed: February 13, 2025<br>SAC Filed: May 1, 2025<br><br>Judge: Michael W. Fitzgerald |

**TO THE COURT, CLERK OF THE COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** pursuant to L.R. 40-2, Plaintiff Monique G. Tillis ("Plaintiff") and Defendants Worldmark, the Club, Wyndham Resort Development Corporation, and Travel + Leisure Co. ("Wyndham") (collectively, the "Parties") have reached a settlement in principle in the above captioned case, subject to the execution of a final settlement agreement between the Parties.

Wyndham requests that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties finalize the terms of the settlement and fully perform their duties under the forthcoming settlement agreement.

Wyndham anticipates that the parties will finalize the settlement agreement, and that Plaintiff will file a dismissal, with prejudice, of her claims against Wyndham, within sixty (60) days of the entry of this notice.

DATED: October 16, 2025

**FOLEY & LARDNER LLP**
Kendall E. Waters
Mary M. Driscoll

_/s/ Kendall E. Waters_
Kendall E. Waters
Attorneys for Defendants
WORLDMARK, THE CLUB,
WYNDHAM RESORT
DEVELOPMENT CORPORATION,
and TRAVEL + LEISURE CO.

DEFENDANT WYNDHAM'S NOTICE OF SETTLEMENT
-1-    Case No. 2:25-cv-01247MWF(JDEx)

# PROOF OF SERVICE

I am employed in the **County of Los Angeles**, **State of California**. I am over the age of 18 and not a party to this action; my current business address is 555 South Flower Street, Suite 3300**, Los Angeles, CA 90071-2418.**

On October 16, 2025, I served the foregoing document(s) described as: **DEFENDANT, WORLDMARK, THE CLUB, WYNDHAM RESORT DEVELOPMENT CORPORATION, AND TRAVEL + LEISURE CO/'S NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Monique Tillis<br>300 M Street NE Apt 1120<br>Washington, District of Columbia 20002<br>mtillis@icloud.com<br><br>*Plaintiff* | |

\_\_\_  BY MAIL

    \_\_\_  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at Los Angeles**, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

_X_  BY E-MAIL

    _X_  Pursuant to Code of Civil Procedure section 1010.6(b)(2), I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein.

\_\_\_  BY EXPRESS SERVICE CARRIER (**Via Overnight Courier Service**)

    \_\_\_  I am readily familiar with the firm's practice for collection and processing of correspondence for delivery by Federal Express: collected packages are picked up by an express carrier representative on the same day, with the Airbill listing the account number for billing to sender, at Los Angeles**, California**, in the ordinary course of business. I placed the envelope(s) in an envelope or package designated by the express service carrier for collection and processing for express service delivery on the above date following ordinary business practices.

_X_  Executed on October 16, 2025, at Los Angeles**, California**.

_X_  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Dolores Kreider*
Dolores Kreider