KENDALL E. WATERS, CA Bar No. 329963
kwaters@foley.com
MARY M. DRISCOLL, CA Bar No. 351350
mdriscoll@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendants
WORLDMARK, THE CLUB, WYNDHAM
RESORT DEVELOPMENT CORPORATION,
and TRAVEL + LEISURE CO.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MONIQUE G. TILLIS, On Behalf Of Herself And All Others Similarly Situated,

Plaintiff,

vs.

WORLDMARK, THE CLUB, A California Nonprofit Mutual Benefit Corporation; WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; TRAVEL + LEISURE Co., a Florida Corporation; and DOES 1-100 inclusive;

Defendants.

Case No. 2:25-cv-01247MWF(JDEx)

**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]**

Case Filed: October 17, 2024
FAC Filed: January 14, 2024
Case Removed: February 13, 2025
SAC Filed: May 1, 2025

Judge: Michael W. Fitzgerald

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, Plaintiff Monique G. Tillis, on behalf of herself and all others similarly situated, ("Plaintiff") and Defendants WorldMark, the Club ("WorldMark"), Wyndham Resort Development Corporation ("WRDC"), and Travel + Leisure Co. ("T + L") (together, "Defendants"), stipulate and jointly request that this Court enter a dismissal of the above-captioned action in its entirety with prejudice, without need for a Court order. The Parties have now executed a final binding Settlement Agreement, and jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of all claims and counterclaims in the action with prejudice, with each side to bear its own costs and expenses from the action. The parties additionally stipulate and jointly request that this Court retain jurisdiction over the enforcement and compliance of the Settlement Agreement, should such enforcement and compliance be necessary.

**IT IS SO STIPULATED.**

DATE: APRIL 9, 2026

**FOLEY & LARDNER LLP**
Kendall E. Waters
Mary M. Driscoll

By: ____________________
Kendall E. Waters
Attorneys for Defendants WorldMark, the Club, Wyndham Resort Development Corporation, and Travel + Leisure Co.

DATE: APRIL 9, 2026

By: ____________________
Plaintiff Monique G. Tillis